## Case No. 7,498.

JONES v. SMOOT et al.

[2 Cranch, C. C. 207.] [1]

Circuit Court, District of Columbia. June Term, 1820.

Mr. Key, for defendant,

THE COURT (MORSELL. Circuit Judge, contra) instructed the jury that if they should be of opinion from the evidence that the wood was delivered by Samuel Smoot to Jones. at the request of George A. Smoot, and in compliance with the contract between Jones and the defendants, the plaintiff could not recover in that action.